IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM G. SCHWAB         :
                          :
         Plaintiff,       :
                          :
    v.                    :   3:17-CV-2322
                          :   (JUDGE MARIANI)
VALLEY KIDNEY SPECIALISTS, P.C., et al. :
                          :
         Defendants.      :

## ORDER

AND NOW, THIS 28th DAY OF FEBRUARY, 2018, upon review of Defendants "Motion to Withdraw the Reference and to Set Dates for Discovery and Dispositive Motions Before the District Court" (Doc. 1) and Plaintiff Schwab's objection thereto (Doc. 2), and upon consideration of the "Bankruptcy Court Report and Recommendation on Motion to Withdraw the Reference" ("R&R") (Doc. 3), and no objections having been filed by any party to the R&R,[1]

**IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 3) is **ADOPTED** for the reasons set forth therein.

2. The "Motion to Withdraw the Reference", filed by Defendants Yashoda Rao, MD, and Syed Shah, MD, (Doc. 1) is **GRANTED**.

3. The reference of the above-captioned adversary proceeding to the bankruptcy court is **WITHDRAWN**.

---

[1] Pursuant to M.D. Pa. Local Bankruptcy Rule 5011-1:

Once the report and recommendation is submitted by the bankruptcy judge, any party may object to the report and recommendations within fourteen (14) days after being served with a copy thereof. Thereafter, the motion will be ripe for disposition by the district court.

M.D. Pa. L.B.R. 5011-1(e).

4. The Clerk of Court is directed to forward a copy of this Order to the United States Bankruptcy Court for the Middle District of Pennsylvania.

5. Within **14 days of the date of this Order**, counsel is directed to file all documents pertinent to the above-captioned adversary proceeding to the docket in this civil action.

6. Within **21 days of the date of this Order**, the parties shall submit a joint letter to the Court, listing all agreed upon case management deadlines as well as any deadlines upon which the parties have failed to agree. Should the parties agree on all case management deadlines, and the Court agrees that the requested deadlines are appropriate, the Court shall adopt the parties' submission and issue an Order incorporating the deadlines therein. Should the letter reflect any deadlines upon which the parties have failed to agree, or should the parties so request in the letter, the Court will schedule a case management conference to address the specific issues raised by the parties.

Robert D. Mariani
United States District Judge